∎

152 A.3d 762

**OLADIPUPO, Larry Adesina**

v.

**STATE of Maryland**

**Pet. Docket No. 481, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 1959, Sept. Term, 2015)

Petition for writ of certiorari denied

∎

152 A.3d 762

**OLADIPUPO, Larry Adesina**

v.

**STATE of Maryland**

**Pet. Docket No. 482, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 1960, Sept. Term, 2015)

Petition for writ of certiorari denied